# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILBERT KELLY, JR.

NO. 2021 KW 0826

OCTOBER 8, 2021

---

In Re:    Wilbert Kelly, Jr., applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, No. 03-CR-000898.

---

**BEFORE:    WELCH, THERIOT, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

**JEW**
**MRT**

**Holdridge J.**, dissents and would stay the matter. The decision whether to apply **Ramos v. Louisiana**, __ U.S. __, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020) retroactively and grant postconviction relief on state collateral review to defendants convicted by non-unanimous juries in all or certain circumstances remains with the Louisiana Supreme Court. A state court may give broader effect to new rules of criminal procedure than is required by the relevant opinion. See **Danforth v. Minnesota**, 552 U.S. 264, 128 S.Ct. 1029, 169 L.Ed.2d 859 (2008).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT